**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

The State, Respondent,

v.

Shakel Rakeem Dixon, Appellant.

Appellate Case No. 2021-000948

———

Appeal From Aiken County
Clifton Newman, Circuit Court Judge,

———

Unpublished Opinion No. 2024-UP-151
Submitted April 1, 2024 – Filed May 1, 2024

———

**APPEAL DISMISSED**

———

Appellate Defender Lara Mary Caudy, of Columbia, and
Shakel Rakeem Dixon, pro se, both for Appellant.

Attorney General Alan McCrory Wilson and Senior
Assistant Deputy Attorney General Melody Jane Brown,
both of Columbia, for Respondent.

———

**PER CURIAM:**  Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.**[1]

**GEATHERS, HEWITT, and VINSON, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.